IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 12-cr-00024-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANTHONY KELLER,

    Defendant.

---

## MINUTE ORDER[1]

---

On January 30, 2013, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with the parties, and with their consent,

**IT IS ORDERED** as follows:

1. That on **April 12, 2013**, commencing at 10:00 a.m., the court shall conduct the sentencing hearing for this defendant; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: January 30, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.