**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00024-REB

UNITED STATES OF AMERICA,

    Plaintiff,
v.

1. ANTHONY KELLER,

    Defendant.

---

## MINUTE ORDER[1]

---

On April 2, 2013, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **April 24, 2013**, commencing at 9:00 a.m., the court shall conduct the sentencing hearing for this defendant; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: April 2, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.